# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3273
LT Case No. 2020-CF-016666-A
2020-CF-016667-A
2020-CF-016668-A
2020-CF-016669-A
2020-CF-016680-A
2020-CF-012876-A

_____

KENYA BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Brevard County.
Tesha Ballou, Judge.

Kenya Brown, Lawtey, pro se.

Ashley Moody, Attorney General, Tallahassee, and
Deborah A. Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

February 27, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____